UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TRACY PRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:08-CV-00151-J |
| | § | |
| TAKATA CORP., a Japanese Corporation; TAKATA INC., a Delaware Corporation; TK HOLDINGS, INC., a Delaware Corporation; TK HOLDINGS I, LLC, a Delaware Corporation; TAKATA RESTRAINT SYSTEMS INC., a Delaware Corporation; TAKATA SEAT BELTS, INC., a Delaware Corporation; TAKATA USA, CORP., a Delaware Corporation; HONDA MOTOR CO., LTD., a Japanese Corporation; HONDA RESEARCH AND DEVELOPMENT CO., LTD., a Japanese Corporation; AMERICAN HONDA MOTOR CO., a Delaware Corporation; HONDA OF AMERICA MANUFACTURING, INC., a Delaware Corporation; UNITED STATES TESTING COMPANY, INC., a Delaware Corporation, | § | |
| Defendants. | § | |

## TAKATA CORPORATION'S
## NOTICE OF DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE MARY LOU ROBINSON:

NOW COMES Defendant Takata Corporation and submits this Notice of Designation of Lead Counsel in which it designates David Kelly as Takata Corporation's lead counsel in this matter replacing Jeffrey S. Hawkins as lead counsel for Takata Corporation.

148396.2

Respectfully submitted,

Mr. David Kelly (*pro hac vice*)–Attorney-in-Charge
BOWMAN & BROOKE
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
(612) 672-3226 – Telephone
(612) 672-3200 – Facsimile
davidkelly@msp.bowmanandbrooke.com

_____
Jeffrey S. Hawkins
Texas Bar No. 09249100
(210) 477-7402 - Direct Dial No.
jhawkins@phmy.com

Grant T. McFarland
Texas Bar No. 13598200
(210) 477-7410 – Direct Dial No.
gmcfarland@phmy.com

PRICHARD, HAWKINS, MCFARLAND
    & YOUNG, L.L.P.
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 - Telephone
(210) 477-7450 - Facsimile

Thomas C. Riney
Texas Bar No. 16935100
triney@rineymayfield.com

RINEY & MAYFIELD
600 Maxor Building
320 South Polk Street
Amarillo, Texas 79101-1426
(806) 468-3200 - Telephone
(806) 376-4509 - Facsimile

ATTORNEYS FOR DEFENDANT
TAKATA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Takata Corporation's Notice of Designation of Lead Counsel has been served, via electronic delivery and certified mail, return receipt requested, on this 12th day of March, 2009 to the following counsel of record:

James P. Lyle
LAW OFFICES OF JAMES P. LYLE, P.C.
1116 Second Street, N.W.
Albuquerque, New Mexico  87102

Jim Dines
Gregory P. Williams
DINES & GROSS, P.C.
6301 Indian School Road, N.E., Suite 900
Alburquerque, New Mexico  87110

Richard F. Rowley, II
THE ROWLEY LAW FIRM, P.C.
305 Pile – Post Office Box 790
Clovis, New Mexico 88102-0790

Barry Peterson
PETERSON FARRIS PRUITT & PARKER
600 S. Tyler, Suite 1600
Amarillo, Texas 79105

_____
Jeffrey S. Hawkins