# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 16 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| TRACY PRICE,<br><br>  Plaintiff,<br><br>VS.<br><br>TAKATA CORP., et al, a Japanese Corporation; TAKATA, INC., a Delaware Corporation; TK HOLDINGS, INC., a Delaware Corporation; TK HOLDINGS I, LLC, a Delaware Corporation; TAKATA RESTRAINT SYSTEMS, INC., a Delaware Corporation; TAKATA SEAT BELTS, Inc., a Delaware Corporation; TAKATA USA, Corp., a Delaware Corporation; HONDA MOTOR COMPANY, LTD., a Japanese Corporation; HONDA RESEARCH AND DEVELOPMENT CO., LTD., a Japanese Corporation; AMERICAN HONDA MOTOR COMPANY, a Delaware Corporation; HONDA OF AMERICA MANUFACTURING, INC., a Delaware Corporation; UNITED STATES TESTING COMPANY, INC., A Delaware Corporation,<br><br>  Defendants. | CAUSE NO. 2:08-CV-151-J |

## ORDER GRANTING PLAINTIFF, TRACY PRICE'S, UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANT, SGS U.S. TESTING COMPANY, INC. <u>(f/k/a/ UNITED STATES TESTING COMPANY, INC.)</u>

After considering Plaintiff, Tracy Price's, Unopposed Motion to Dismiss with Prejudice Defendant, SGS U.S. Testing Company, Inc. (f/k/a United States Testing Company, Inc.), the Court finds the Motion should be **GRANTED**.

**IT IS ORDERED** that all of plaintiff's claims and causes of action filed against defendant SGS U.S. Testing Company, Inc. (f/k/a United States Testing Company, Inc.) are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that as between the Plaintiff, Tracy Price, and the Defendant, SGS U.S. Testing Company, Inc. (f/k/a United States Testing Company, Inc.), each shall bear their own respective costs, expenses and attorneys fees incurred herein.

SIGNED this 16th day of March, 2009.

_____
Mary Lou Robinson,
United States District Judge

**AGREED & ENTRY REQUESTED:**

/s/ Richard F. Rowley
Richard F. Rowley, II, Esq.,
Attorney for Plaintiff


/s/ Jeffrey S. Hawkins
Jeffrey S. Hawkins, Esq.,
Attorney for Defendants TK Holdings, Inc., Takata Corporation, Honda Motor Company, Ltd., American Honda Motor Co. Inc., Honda R&D Co., Ltd and Honda of America MFG, Inc.


/s/ Jim Dines
Jim Dines,
Attorney for Defendant SGS U.S. Testing Company, Inc.


/s/ Barry D. Peterson
Barry D. Peterson,
Attorney for Defendant SGS U.S. Testing Company, Inc.

2