IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TRACY PRICE<br><br>              Plaintiff,<br><br>v.<br><br>TAKATA CORP., a Japanese Corporation; TAKATA INC., a Delaware Corporation; TK HOLDINGS, INC., a Delaware Corporation; TK HOLDINGS I, LLC., a Delaware Corporation; TAKATA RESTRAINT SYSTEMS INC., a Delaware Corporation; TAKATA SEAT BELTS INC., a Delaware Corporation; TAKATA USA, CORP., a Delaware Corporation; HONDA MOTOR COMPANY, LTD., a Japanese Corporation; HONDA RESEARCH AND DEVELOPMENT CO., LTD., a Japanese Corporation; AMERICAN HONDA MOTOR COMPANY, a Delaware Corporation; HONDA OF AMERICA MANUFACTURING, INC., a Delaware Corporation;<br>              Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | NO. 2:08-CV-151-J |

**FILED** MAR 18 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER

Before the Court is Plaintiff's *Motion to Compel Deposition in Lieu of Trial Testimony of Defendant Takata Corp.'s Designated Corporate Representative, Hideo Kitamura*. This motion is DENIED.

Signed this _18th_ day of March 2009.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE